# Court of Appeals
# of the State of Georgia

ATLANTA, May 05, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0468. SHAKKA SHANEAK JAMES v. SUPERIOR COURT GWINNETT COUNTY GEORGIA.

Shakka Shaneak James filed this timely application for discretionary appeal of the superior court's order denying her filing of a pro se mandamus petition pursuant to OCGA § 9-15-2(d), which provides that "[a]n order denying filing shall be appealable in the same manner as an order dismissing an action." See also OCGA § 5-6-34(a)(1)(B) (a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below"); OCGA § 5-6-34(a)(7) (a party may file a direct appeal from "[a]ll judgments or orders granting or refusing to grant mandamus").

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. OCGA § 5-6-35(j). Because the superior court's order denying James's request to file her pleading is subject to direct appeal, this application is hereby GRANTED. James shall have ten days from the date of this order to file a notice of appeal with the superior court if she has not already

done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/05/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*